Colleen M. Duffy, Esq.
**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
570 Broad Street, 15th Floor
Newark, NJ  07102
Tel: (973) 622-7711
cduffy@mdmc-law.com
Attorneys for Plaintiff, Ameritas Life Insurance Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>QI SHENG ZHANG, TONY LU, and CHU MING LU,<br><br>Defendants. | Civil Action No. 1:24-cv-07376-KMW-EAP |

ORDER DISMISSING AMERITAS FROM THIS ACTION
WITH PREJUDICE AND GRANTING INTERPLEADER RELIEF

The above-captioned matter having come before the Court upon the Motion for Interpleader Deposit in the Court Registry and Investment in the CRIS Disputed Ownership Fund and Granting Interpleader Relief and Attorney Fees and Expenses of Plaintiff Ameritas Life Insurance Corp. ("Ameritas"); all parties having been served with the Motion and all supporting papers; the Court having considered the Motion; the Hon. Karen M. Williams having granted Ameritas' Motion to the extent it seeks interpleader and injunctive relief (DOC 20);

Ameritas' having deposited the sum of $1,000,000 plus applicable interest of $328,371.29, or a total of $1,328,371.29 ("the Interpleader Funds") into the Court's Registry (Docket Text 5/8/2025); and Ameritas having provided the Court with notification of the depositing of the Interpleader Funds by letter dated May 12, 2025,

NOW, THEREFORE, it is on this __22__ day of __May__, 2025

ORDERED that the Defendants be and hereby are permanently restrained and enjoined from instituting and/or prosecuting any other suit, cause of action or civil proceeding in any state, federal or other court of competent jurisdiction against Ameritas seeking the life insurance benefits payable under the Plan, plus any applicable interest, or asserting damage claims arising under the Plan, on account of the death of the Decedent; and it is further

ORDERED that Ameritas hereby is dismissed from this action with prejudice and without any further liability in connection with the life insurance benefits due thereunder as a result of the death of the Decedent; and it is further

ORDERED that a copy of this Order shall be served upon all parties within __5__ days of its entry.

_____
Honorable Karen M. Williams, U.S.D.J

5126723